**2005–0399.  State v. Paige.**
Cuyahoga App. No. 84574, 2004-Ohio-7029. On motion for leave to file delayed appeal. Motion granted.
RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

**2005–0408.  State v. Fulkerson.**
Cuyahoga App. No. 83566, 2004-Ohio-3114. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2005–0421.  State v. Maple.**
Summit App. No. 20514, 2001-Ohio-1875. On motion for leave to file delayed appeal. Motion denied.

**2005–0473.  Austin v. Webb–Lewis.**
Franklin App. No. 04AP–1135. On motion for stay of trial court proceedings. Motion denied.
MOYER, C.J., RESNICK and O'DONNELL, JJ., dissent.

**2005–0498.  State v. Montgomery.**
Hamilton App. No. C–040190, 2005-Ohio-1018. On motion for stay of court of appeals' judgment. Motion granted.
RESNICK and PFEIFER, JJ., dissent.
O'CONNOR, J., dissents and would dismiss the appeal as moot.

**2005–0499.  State v. Bruce.**
Hamilton App. No. C–040421, 159 Ohio App.3d 562, 2005-Ohio-373. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2005–0391, *State v. Bruce,* Hamilton App. No. C–040421, 159 Ohio App.3d 562, 2005-Ohio-373, 824 N.E.2d 609; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

**2005–0507.  State v. Morgan.**
Defiance App. No. 4–04–01. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2005–0541.  Siemientkowski v. Moreland Homes, Inc.**
Cuyahoga App. No. 84758, 2005-Ohio-515. On motion for stay of court of appeals' judgment. Motion denied.

**2005–0559.  State v. Alexander.**
Muskingum App. No. CT2004–0021, 2004-Ohio-6990. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2005–0107.  State v. Murrin.**
Cuyahoga App. No. 83482, 2004-Ohio-6301. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.
MOYER, C.J., would accept and hold the cause on Proposition of Law I only.

**2005–0132.  Bd. of Edn. of N. Olmsted City School Dist. v. Bd. of Edn. of Cleveland Mun. School Dist.**
Cuyahoga App. No. 84372, 2004-Ohio-6422.
MOYER, C.J., would accept the appeal on Proposition of Law I only.
RESNICK and O'CONNOR, JJ., dissent.